IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | Case No: 4:23-CR-00017-CDL-MSH |
| | : | |
| DEANDRE WILLIAMS, | : | |
| | : | |
| Defendant | : | |

## ORDER ON MOTION FOR CONTINUANCE

Defendant **DEANDRE WILLIAMS** has moved the court to continue the hearing of this case presently scheduled for 10:00 a.m. on June 29, 2023. Specifically, Defendant needs additional time to review discovery, investigate the charges alleged in the indictment, and effectively prepare for trial. The Government does not oppose the motion.

The Court finds that based on the circumstances outlined in the Motion, it is in the interests of justice to grant said Motion, and that these interests outweigh the interest of the Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. 18 U.S.C. §§ 3161(h)(7)(A)-(B). Accordingly, the Motion for Continuance (Doc. 21) is GRANTED, and it is hereby ordered that this case shall be continued until the next succeeding trial term on the Court's calendar, which is the Court's September 2023 trial term. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act.

It is SO ORDERED, this **27th** day of **June, 2023**.

S/Clay D. Land_____
CLAY D. LAND
UNITED STATES DISTRICT JUDGE