### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF GEORGIA
### COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | Case No: 4:23-CR-00017-CDL-MSH |
| | : | |
| DEANDRE WILLIAMS, | : | |
| | : | |
| Defendant | : | |

### ORDER ON MOTION FOR CONTINUANCE

Defendant **DEANDRE WILLIAMS** has moved the court to continue the trial of this case to the **January 2024 trial** term as originally intended in his previous motion. Doc. 21. Currently, a pretrial conference is scheduled for 2:00 p.m. on August 9, 2023 for the September 2023 trial term. Defendant needs additional time to review discovery, investigate the charges alleged in the indictment, and effectively prepare for trial. The Government does not oppose the motion.

The Court finds that based on the circumstances outlined in the Motion, it is in the interests of justice to grant said Motion, and that these interests outweigh the interest of the Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. 18 U.S.C. §§ 3161(h)(7)(A)-(B). Accordingly, the Motion for Continuance (Doc. 24) is **GRANTED**, and it is hereby ordered that this case shall be continued until the January 2024 Term. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

It is SO ORDERED, this 13th day of July, 2023.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE